782 A.2d 539

Rosemary KOPCHA, Appellant,

v.

Nicholas D. SALLIDINO and Scaramuzza's Pasta, Appellees.

Supreme Court of Pennsylvania.

Argued Oct. 15, 2001.

Decided Oct. 26, 2001.

Peter J. McNamara, Philadelphia, for Rosemary Kopcha.

Dennis J. O'Leary, Philadelphia, for Nicholas D. Sallidino, and Scaramuzza's Pasta.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.